20541. TURNER *v.* HAYES, Solicitor-General.

ALMAND, Justice. This is a companion case to *Lee* v. *Hayes.* All the rulings therein made control the disposition of the instant case. The court did not err in overruling the general and special demurrers of the defendant.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 13, 1959—DECIDED SEPTEMBER 11, 1959—
REHEARING DENIED OCTOBER 9, 1959.

*R. E. Lawson*, for plaintiff in error.
*Dewey Hayes, Solicitor-General*, contra.